# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ROSENTHAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DVA RENAL HEALTHCARE, INC, DAVITA INC, AND DOES 1 THROUGH 30,<br><br>　　　　Defendants. | Case No. 5:24-cv-00600-JGB-DTB<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: December 8, 2023<br>Trial Date:　　September 16, 2025 |

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its owns fees and costs.

**IT IS SO ORDERED:**

Date:  March 14, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　United States District Judge